IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MIGUEL BURGOS, | § | |
| | § | No. 207, 2014 |
|     Defendant Below-<br>    Appellant | § | |
| | § | Court Below:  Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| STATE OF DELAWARE., | § | No. 1103004911 |
| | § | |
|     Plaintiff Below-<br>    Appellee | § | |
| | § | |

Submitted:  July 30, 2014
Decided:  October 14, 2014

Before **STRINE**, Chief Justice, **HOLLAND**, and **RIDGELY**, Justices.

*O R D E R*

On this 14th day of October 2014, after careful consideration of the parties' briefs, we find it manifest that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned Opinion, dated March 31, 2014.  The Superior Court did not err in affirming the February 25, 2013 decision of the Court of Common Pleas, which found the Appellant guilty of Operating a Motor Vehicle While Under the Influence of Alcohol under 21 *Del. C.* § 4177.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice